# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-00634-TOM-11 |
| **BFW LIQUIDATION, LLC f/k/a** ) | Chapter 11 |
| **BRUNO'S SUPERMARKETS, LLC,** ) | |
| ) | |
| **Debtor.** ) | |
| _____ ) | |
| ) | |
| **WILLIAM S. KAYE, as Liquidating** ) | |
| **Trustee of BFW Liquidation, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | Adv. Proc. No. 11-00063 |
| ) | |
| **v.** ) | |
| ) | |
| **BLUE BELL CREAMERIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

_____

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith it is

**ORDERED, ADJUDGED, AND DECREED** that a **JUDGMENT** in favor of Debtor/Plaintiff BFW Liquidation, LLC f/k/a Bruno's Supermarkets, LLC and against Defendant Blue Bell Creameries, Inc. is hereby entered in the total amount of Four Hundred Thirty-eight Thousand Four Hundred Ninety-six and 47/100 Dollars ($438,496.47); and it is further

**ORDERED, ADJUDGED, AND DECREED** that post-judgment interest on the judgment amount shall accrue at the rate provided in 28 U.S.C. § 1961.

Dated: December 20, 2016

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

# Notice Recipients

District/Off: 1126–2              User: rharless                Date Created: 12/20/2016
Case: 11–00063–TOM          Form ID: pdf000              Total: 7

**Recipients of Notice of Electronic Filing:**
md      J Thomas Corbett        jtom_corbett@alnba.uscourts.gov
aty     Bill D Bensinger        bdbensinger@csattorneys.com
aty     John D. Elrod           elrodj@gtlaw.com
aty     R. Kyle Woods           woodsk@gtlaw.com

    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     William S. Kaye      c/o Greenberg Traurig, LLP      3290 Northside Parkway      The Forum, Suite 400      Atlanta, GA 30327
dft     Blue Bell Creameries, Inc.      c/o CT Corporation System      2 North Jackson Street      Suite 605      Montgomery, AL 36104
ba      J. Thomas Corbett      Bankruptcy Administrator      1800 5th Avenue North      Birmingham, AL 35203

    TOTAL: 3